**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**EDUARDO TRUJILLO-DIAZ,
A# 022-793-908,**

    Petitioner,

vs.                                                                Case No. 4:18cv17-MW/CAS

**JEFF SESSIONS, et al.,**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on January 8, 2018. ECF No. 1. Petitioner did not, however, submit a proper motion requesting leave to proceed in forma pauperis. ECF No. 2. Because the motion was unsigned, an Order was entered advising Petitioner that it could not be granted and Petitioner was required to either pay the $5.00 filing fee or submit an amended in forma pauperis motion. ECF No. 4. Petitioner's deadline to comply was February 12, 2018. *Id.*

As of this date, Plaintiff has submitted an amended petition, ECF No. 5, but Petitioner has <u>not</u> filed an amended in forma pauperis application. Petitioner has not paid the filing fee either. Accordingly, this case should now be dismissed.

If Petitioner desires to proceed with this case and is able to either pay the $5.00 filing fee or file a properly completed in forma pauperis motion supported by a signed financial affidavit, Plaintiff may file a motion for reconsideration within fourteen days (no later than March 15, 2018).

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a court order and that the pending in forma pauperis motion, ECF No. 2, be **DENIED** because it is insufficient.

**IN CHAMBERS** at Tallahassee, Florida, on March 1, 2018.

 S/    Charles A. Stampelos  
**CHARLES A. STAMPELOS**  
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.