IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDUARDO TRUJILLO-DIAZ,

    Petitioner,

v.                              Case No. 4:18cv17-MW/CAS

JEFF SESSIONS, et al.,

    Respondents.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with a court order. The pending *in forma pauperis* motion, ECF No. 2, is **DENIED** because it is insufficient." The Clerk shall close the file.

**SO ORDERED on March 29, 2018.**

                                          **s/Mark E. Walker**
                                          **United States District Judge**